UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORAYA MARIA RIGOR,<br><br>Plaintiff,<br><br>v.<br><br>MERCY PEDLARS, et al.,<br><br>Defendants. | Case No. 2:23-cv-2048-TLN-JDP<br><br>**ORDER** |

On May 9, 2025, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.[1]

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

---

[1] Although it appears from the file that plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

Accordingly, IT IS ORDERED that:

1. The findings and recommendations filed May 9, 2025, are adopted in full;

2. Plaintiff's Second Amended Complaint (ECF No. 7) is DISMISSED without leave to amend for failure to state a claim; and

3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

**Date: June 17, 2025**

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE